

# Fourth Court of Appeals
## San Antonio, Texas

July 13, 2016

No. 04-16-00249-CV

**IN THE ESTATE OF** Ramiro **AGUILAR** Jr., Deceased

From the Probate Court No. 2, Bexar County, Texas
Trial Court No. 2012-PC-2800
Honorable Tom Rickhoff, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF JURISDICTION.

We tax costs of this appeal against appellants Anthony C. Aguilar and Michael A. Aguilar.

It is so **ORDERED** on July 13, 2016.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of July, 2016.

_____
Keith E. Hottle, Clerk